**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

*FILED U.S. DISTRICT COURT NORTHERN DIST. OF TX FT. WORTH DIVISION — MAY 27 AM 10:2[?] CLERK OF COURT*

*USMS NTX FTW — 2014 MAY 20 AM 12:00*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-MJ-244 |
| YASMINE VILLASANA (03) | |

# WARRANT FOR ARREST

TO:   The United States Marshal and
      Any Authorized Officer of the United States

   YOU ARE HEREBY COMMANDED to arrest **YASMINE VILLASANA** and bring her forthwith to the nearest available magistrate to answer a Complaint charging her with **Conspiracy to Commit Social Security Fraud,** in violation of 18 U.S.C. § 371 and 42 U.S.C. § 408(7)(B)

_/s/ J. Cureton_
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the 20th day of May 2014.

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/21/2014 | SPECIAL AGENT MARK DUCATEL | /s/ Mark J. Ducatel |
| DATE OF ARREST: 5/21/2014 | | |